**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**JORDAN ZAHLER,**

v. No. 26-614C

**THE UNITED STATES.**

**COMPLAINT FOR DAMAGES**

**UNDER THE TUCKER ACT, 28 U.S.C. § 1491**

## I. INTRODUCTION

1. This is an action for damages against the United States under 28 U.S.C. § 1491(a)(1). The claim is founded upon an Act of Congress—the Rules Enabling Act, 28 U.S.C. § 2072—through Federal Rule of Civil Procedure 55(a). No default was entered. The non-performance prevented execution of the procedures under Rule 55(b).

## II. JURISDICTION AND VENUE

2. This Court has jurisdiction pursuant to 28 U.S.C. § 1491(a)(1), which vests in this Court jurisdiction to render judgment upon any claim against the United States founded upon any Act of Congress, or for liquidated or unliquidated damages in cases not sounding in tort.

3. Plaintiff's claim is founded upon the Rules Enabling Act, 28 U.S.C. § 2072, an Act of Congress that authorized the promulgation of the Federal Rules of Civil Procedure. Rule 55(a) imposes a mandatory duty upon the Clerk: "the clerk ***must*** enter the party's default." Rule 55(b) governs default judgment. Under Rule 55(b)(2), "the party ***must*** apply to the court for a default

Received - USCFC
APR 27 2026

judgment." The non-performance of the mandatory duty under Rule 55(a) prevented Rule 55(b) from executing.

4. This Court has exclusive jurisdiction over this claim because the amount in controversy exceeds $10,000. 28 U.S.C. § 1491(a)(1). Venue is proper in this Court pursuant to 28 U.S.C. § 1491.

## III. PARTIES

5. Plaintiff Jordan Zahler is an individual residing in Pen Argyl, Pennsylvania. Plaintiff proceeds pro se.

6. Defendant is the United States.

## IV. FACTUAL BACKGROUND

7. On July 22, 2025, Plaintiff filed a civil action in the United States District Court for the Eastern District of Pennsylvania (No. 5:25-cv-04215) against Jackson Lewis P.C., et al. The complaint stated damages of $690,226,256.00.

8. The district court's Deadlines/Hearings record recorded an answer due date of September 8, 2025.

9. The answer due date passed.

10. On December 28, 2025, Plaintiff filed a Notice of Procedural Default (Doc. 37).

11. No default was entered.

12. On January 20, 2026, Plaintiff filed a Demand for Entry of Default Pursuant to Fed. R. Civ. P. 55(a) (Doc. 40). The district court's PACER Deadlines/Hearings record recorded the answer due date as "Unsatisfied" and "Not Terminated" (Doc. 40-1).

13. No default was entered.

14. Rule 55(a), promulgated under the Rules Enabling Act, 28 U.S.C. § 2072, provides: "When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk ***must*** enter the party's default."

15. On January 29, 2026, Plaintiff filed an Emergency Petition for Writ of Mandamus with the United States Court of Appeals for the Third Circuit (No. 26-1201).

16. On February 25, 2026, the mandamus petition was denied.

17. On March 18, 2026, Plaintiff filed a Petition for Writ of Certiorari with the Supreme Court of the United States (No. 25-1116).

18. On April 20, 2026, certiorari was denied.

19. The mandatory duty required by Rule 55(a) was never performed.

## V. CONSEQUENCES OF NON-PERFORMANCE

20. Non-performance of Rule 55(a) barred application under Rule 55(b)(2).

21. No default judgment was entered under Rule 55(b).

## VI. JUDICIAL IMMUNITY

22. This claim is asserted against the United States, not against any judge or judicial officer. Default under Rule 55(a) is a mandatory duty assigned to the Clerk, not the Court.

## VII. TORT EXCLUSION

23. This claim does not sound in tort. The damages are the direct result of the non-performance.

## VIII. DAMAGES

24. Plaintiff's damages are $690,226,256.00.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff Jordan Zahler respectfully requests that this Court enter judgment against the United States as follows:

(a) Damages in the amount of $690,226,256.00; and

(b) Such other and further relief as this Court deems just and proper.

Respectfully submitted,

Jordan Zahler, Pro Se
P.O. Box 151
Wind Gap, PA 18091
(610) 360-5944
jzahler1@gmail.com

Dated: April 24, 2026